UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT NOE, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GARDEN GROVE; BRYAN MEERS; M. PHILLIPS; A. COUGHRAN; COUNTY OF ORANGE and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 8:22-cv-01685-JWH-DFM<br>*Hon. John W. Holcomb, Courtroom 9D, 9th Floor*<br><br>**PROTECTIVE ORDER**<br><br><br>**First Amended Complaint Filed: 10/19/2022**<br>**Trial Date: 02/26/2024** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After considering the Stipulation re: Protective Order, and good cause appearing, IT IS ORDERED THAT pursuant to Federal Rules of Civil Procedure Rule 26(c), the following information is protected and precluded from publication and from use outside of this litigation as follows:

1. The personnel and administrative records of Defendant's City of Garden Grove, Bryan Meers, M. Phillips, and A. Coughran.

*24236*

2. Photographs of the arrest scene and the parties.

3. Any videotape of depositions of a representative of Defendant City of Garden Grove, and depositions of Defendant Officers Bryan Meers, M. Phillips, and A. Coughran. Good cause exists for issuance of a protective order pursuant to Federal Rule of Civil Procedure Rule 26(c) because this order is narrowly tailored to limit only the disclosure of the videotape of the depositions and any still images obtained therefrom, and places no restriction on the publication of the written transcript of the depositions outside of this litigation.

4. Other such evidence for which dissemination should be limited for use in this action only.

IT IS FURTHER ORDERED THAT:

5. The information and/or documentation referred to in paragraphs 1 through 5 above will be referred to collectively as the "CONFIDENTIAL INFORMATION." The CONFIDENTIAL INFORMATION shall be used by the parties for purposes of litigation in this matter only. The CONFIDENTIAL INFORMATION shall be used in this litigation as follows:

   a. CONFIDENTIAL INFORMATION shall be used solely in connection with this litigation and the preparation of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation or administrative proceedings.

   b. Under no circumstances shall the CONFIDENTIAL INFORMATION

be retained, compiled, stored, used as a database, or disseminated, in any form, except for purposes of this litigated matter in accordance with this Protective Order or by further order of the Court.

    c. The parties to this litigation reserves all rights and remedies under the Federal Rules of Civil Procedure and the Federal Rules of Evidence pertaining to discovery.

    d. CONFIDENTIAL INFORMATION and the information contained therein may not be disclosed, except as set forth in paragraph 5(e) below.

    e. CONFIDENTIAL INFORMATION may only be disclosed to the following persons:

        i. Counsel for Plaintiffs.

        ii. Counsel for Defendants.

        iii. Paralegal, law clerk, stenographic, clerical, and secretarial personnel regularly employed by counsel referred to in paragraph 5(e)(i-ii) above.

        iv. Court personnel, including stenographic reports, necessary for the preparation and processing of this action.

        v. Any expert or consultant retained in the instant case.

        vi. Any individual approved by the Court.

    f. CONFIDENTIAL INFORMATION shall not be divulged to any other person or entities, including print, radio, television, or any other media absent a Court order.

24236

3
PROTECTIVE ORDER

g. CONFIDENTIAL INFORMATION shall not be posted on the internet or on any website.

h. If CONFIDENTIAL INFORMATION is included in any papers to be filed in Court, such papers shall be labeled as "Confidential – Subject to Court Order" and shall be submitted for filing under seal in accordance with Local Rule 79-5.

i. In the event that any of the CONFIDENTIAL INFORMATION is used in any Court proceeding in this action, it shall not lose it confidential status through such use, and the party using CONFIDENTIAL INFORMATION shall take all reasonable steps to maintain its confidentiality during such use, including, but not limited to, redaction and/or submission of documents for filing under seal in accordance with Local Rule 79-5.

6. Plaintiff, Plaintiff's Counsel, Defendants, Defendants' Counsel shall cause the substance of this Protective Order to be communicated to each person to whom CONFIDENTIAL INFORMATION is revealed and/or disseminated and shall obtain agreement to abide by the Protective Order from each such person.

7. After completion of the judicial process in this case, including any appeals or other termination of this litigation, all CONFIDENTIAL INFORMATION received under the provisions of this Order and copies – other than CONFIDENTIAL INFORMATION and copies in the possession of the Court/Court personnel – shall be destroyed or returned to the attorneys of record for Defendants, Collins + Collins,

2011 Palomar Airport Road, Suite 206, Carlsbad, Ca 92011. This case shall be completed when (i) a final judgment has been entered by the Court or the case has otherwise been dismissed with prejudice; (ii) the time for any objection to or request for reconsideration of such judgment or dismissal has expired; (iii) all available appeals have concluded or the time for such appeals has expired; and (iv) any post-appeal proceedings have themselves concluded. The provisions of this Order shall be in effect until further order of this Court.

8. Any counsel, expert, or consultant retained in the instant case or investigator retained by counsel for any party to this case shall not disclose the CONFIDENTIAL INFORMMATION or the information contained therein to any other persons or entities for any reason, nor in any other court proceeding subject to further order of this Court.

9. Provisions of this Order insofar as they restrict disclosure and the use of material shall be in effect until further order of this Court.

10. For good cause, any party may seek modification of this Order by first providing at least 30 days' notice to the other parties of the intent to seek modification, attempting to obtain the consent of the other parties to such modification, and then, absent consent, by application to this Court.

IT IS SO ORDERED.

DATED:  June 28, 2023

_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

24236